

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:  01-19-00580-CV

Trial Court Cause
Number:  2018-21540

Style:  Thomas Gunnar Kelly

v. Sherry Marie Kelly

Date motion filed*:  December 2, 2020

Type of motion:  Motion for Extension of Time to File Reply Brief

Party filing motion:  Appellant

Document to be filed:  Reply Brief

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:  November 18, 2020

    Number of previous extensions granted:  1

    Date Requested:  30 days

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: **December 18, 2020**

    ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
    ☒ Acting individually  ☐ Acting for the Court

Date: December 8, 2020